IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHERYL REED                                                              PLAINTIFF

   v.                              Civ. No. 11-6020

COLLEGE OF THE OUACHITAS
f/k/a OUACHITA TECHNICAL COLLEGE
a/k/a OUACHITA TECHNICAL COLLEGE                                         DEFENDANT

### ORDER

Now on this 17th day of May, 2012, comes on for consideration the above-styled cause.

IT APPEARING to the Court that the matter has been settled, the counsel for the parties having so advised, it is ORDERED that the jury trial set to begin Wednesday, May 23, 2012, is **CANCELED**.  This matter shall remain pending and the parties are directed to immediately notify the Court when their settlement agreement is complete.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge